# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **8:03CR28** |
| vs. ) | |
| ) | **ORDER** |
| **JUSTIN A. MOORE,** ) | |
| ) | |
| Defendant. ) | |

Defendant Justin A. Moore appeared before the court on Tuesday, May 18, 2010 on a Petition for Warrant or Summons for Offender Under Supervision [50]. The defendant was represented by Ernest H. Addison, Jr. and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. The government did not request detention. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 26, 2010 at 10:00 a.m**. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 18th day of May, 2010.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge