IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR28 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JUSTIN A. MOORE, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion to dismiss without prejudice the pending Petition for Warrant or Summons for Offender Under Supervision (Filing No. 62).

IT IS ORDERED:

1. The government's motion to dismiss without prejudice the pending Petition for Warrant or Summons for Offender Under Supervision (Filing No. 62) is granted;

2. The Petition for Warrant or Summons for Offender Under Supervision (Filing No. 50) is dismissed, without prejudice; and

3. The hearing scheduled for September 13, 2010, is cancelled.

DATED this 9th day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge